UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID MUNGAI NJENGA,  )
) CASE NO. C10-295-JLR
Petitioner,  )
)
v.  ) ORDER OF DISMISSAL
)
A. NEIL CLARK, Field Office Director, U.S. )
Immigration and Customs Enforcement, et )
al.,  )
)
Respondents.  )
_____ )

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return Memorandum and Motion to Dismiss, the Report and Recommendation of ~~Petitioner's objections~~ Status Report (Dkt 26) and Objections (Dkt 27) the Honorable Mary Alice Theiler, United States Magistrate Judge, and ~~any objections or responses to that~~, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;
(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. 6) is DENIED, respondents' motion to dismiss (Dkt. 13) is GRANTED, and this action is DISMISSED with prejudice; and
(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12th day of July, 2010.



JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1

10-CV-00295-AF